U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 JUL 09 2015

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

MAIL RECEIVED

CASE NO. 01-14-00106-CV
HENRY L. MAHER
784 STONEBRIDGE AVENUE
ONAL____

10096141000 7/14/15
EXP RTN TO SEND

FORWARD TIME     X 773  N7E
MAHER HENRY L
1028 EAST AVE N
ONALASKA WI 54650-2262

RETURN TO SENDER

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 16 2015

CHRISTOPHER A. PRINE
CLERK _____